OPINION — AG — ** FEDERAL FUNDS — LEGISLATIVE BODY — UNCONSTITUTIONAL ** 74 O.S. 452.7 [74-452.7], CREATING THE JOINT COMMITTEE ON FEDERAL FUNDS FROM THE MEMBERSHIP OF BOTH HOUSES OF THE LEGISLATURE, AND ASSIGNING TO SAID COMMITTEE THE POWER TO APPROVE, DENY OR REQUIRE MODIFICATION OF APPLICATION FOR FEDERAL FINANCIAL ASSISTANCE BY EXECUTIVE OR JUDICIAL BRANCH AGENCIES, BOARDS, COMMISSIONS, DEPARTMENTS AND OFFICERS, IS AN UNCONSTITUTIONAL ABRIDGEMENT OF SEPARATION OF POWERS UNDER ARTICLE IV, SECTION 1 (FEDERAL FUNDING, AUTHORITY, JURISDICTION, DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS, DECA, EXECUTIVE BRANCH, POWERS, EXPENDITURES, STATE AGENCIES BLOCK GRANTS) CITE: 2 O.S. 2-4 [2-2-4](K), 40 O.S. 4-413 [40-4-413], 40 O.S. 4-604 [40-4-604], 56 O.S. 177 [56-177], 63 O.S. 683.2 [63-683.2], 69 O.S. 304 [69-304], 69 O.S. 401 [69-401], 69 O.S. 1705 [69-1705] [69-1705], 69 O.S. 4009 [69-4009], 74 O.S. 1521 [74-1521] [74-1521], 74 O.S. 1533 [74-1533], 74 O.S. 285 [74-285] [74-285], 74 O.S. 452.7 [74-452.7], 74 O.S. 452.7 [74-452.7] [74-452.7], 74 O.S. 452.7 [74-452.7], 74 O.S. 452.7 [74-452.7] [74-452.7](G), 74 O.S. 1533.1 [74-1533.1], 82 O.S. 926.3 [82-926.3] [82-926.3], ARTICLE IV, SECTION 1 (FLOYD W. TAYLOR)